# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROSENDO MARTINEZ, JR.**                                    **PETITIONER**

**VS.**                    **CASE NO. 2:08CV00100 JMM/HDY**

**T.C. OUTLAW, WARDEN,**                                    **RESPONDENT**

### ORDER

The petitioner's motion to voluntarily dismiss the petition (docket entry no. 6) without prejudice is granted.

IT IS SO ORDERED this   2   day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE