**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ROSENDO MARTINEZ, JR.**                                              **PETITIONER**

**VS.**                          **CASE NO. 2:08CV00100 JMM/HDY**

**T.C. OUTLAW, WARDEN,**                                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this  2  day of  July , 2008.

_____
UNITED STATES DISTRICT JUDGE